**EXHIBIT 4 TO
ANSWER AND COUNTERCLAIM
TO AMENDED COMPLAINT**



# CEASE AND DESIST

**November 1, 2023**  Sent via EMAIL only

Russell Manning Russell.manning@fisherbroyles.com
Fisher Broyles
16 Market Square
1400 16th Street, Ste. 400
Denver., CO 80202

Eteros (owner of Triminator, formerly Mosman Machine Company)
17665 66A Ave #202
Surrey, BC V3S 2A7, Canada
legal@eteros.com

CC:   Bill Belcourt, CEO Munch Machine, bill@munchmachine.com

RE:   BUCKMASTER, US patent 11,766,066, Canadian patent 3,001,150,
Prior letters 10/16/18, 06/22,22.

Dear Mr. Manning and Eteros:

We represent Frazer Industries LLC DBA MUNCH MACHINE and its subsidiaries, herein referred to as "MUNCH". MUNCH is the owner of multiple US and international patents relating to cannabis harvesting, including recently issued US patent 11,766,066 (attached) and Canadian patent 3,001,150. Claim 1 of both patents is directed at a cannabis harvesting system, including a die member with a plurality of orifices, two rotating members, and **pinch point within six inches of the orifices.**




# BAKER IP PLLC patent • trademark • conflict • international

921 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359  •  www.bakerip.com  •  admin@bakerip.com



The Triminator BUCKMASTER product, offered for sale on various websites including www.thetriminator.com utilizes a dual roller design with a pinch point within six inches of the die orifices. The Triminator BUCKMASTER clearly infringes MUNCH's US patent 11,766,066 and Canadian patent 3,001,150. MUNCH became aware of the Triminator BUCKMASTER product and sent multiple good faith patent notification letters on October 16, 2018 and June 22, 2022. Eteros responded with a letter on July 21, 2023 arguing that the MUNCH's Canadian patent 3,001,150 was fully disclosed by the Trimpro Bucker in July 2016. MUNCH sent a response on August 1, 2022 refuting the assertion that the scope of the patent was disclosed in 2016. Eteros has refused to engage in good faith licensing negotiations. Eteros ongoing sale of the BUCKMASTER product constitute willful infringement.

Munch's US patent 11,766,066 issued on September 26, 2023. **MUNCH hereby demands that Eteros immediately cease and desist from all sales of the BUCKMASTER product in both the US and Canada**. If Eteros continues refuse to either enter into licensing negotiations or cease all sales of the BUCKMASTER product, MUNCH will be forced to initiate legal action in the United States.

MUNCH hopes to resolve this matter efficiently and amicably, and therefore invites a representative of Eteros to address its intent regarding this matter within ten days by replying to this email and/or contacting the undersigned at the phone number below.

Sincerely,

Trent H. Baker
Registered Patent Attorney Since 2000
BAKER IP PLLC
921 South Main Street #3147
Cedar City, UT 84720 USA
Phone 801-618-3359
trent@bakerip.com

BAKER IP PLLC patent • trademark • conflict • international
921 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359 • www.bakerip.com • admin@bakerip.com