**EXHIBIT 6 TO
ANSWER AND COUNTERCLAIM
TO AMENDED COMPLAINT**



# RESPONSE

**December 27, 2023**                    **Sent via EMAIL only**

Ian Walsworth Ian.Walsworth@fisherbroyles.com
CC: Russell.manning@fisherbroyles.com patricia.ho@fisherbroyles.com
Fisher Broyles
16 Market Square
1400 16th Street, Ste. 400
Denver., CO 80202

Eteros (owner of Triminator, formerly Mosman Machine Company)
17665 66A Ave #202
Surrey, BC V3S 2A7, Canada
legal@eteros.com

CC:    Bill Belcourt, CEO Munch Machine, bill@munchmachine.com

RE:    BUCKMASTER, US patent 11,766,066, Canadian patent 3,001,150,
       Prior letters 10/16/18, 06/22,22, 08/01/22, and 11/01/23.

Dear Mr. Walsworth and Eteros:

We received your letter dated November 10, 2023 alleging that the 11,766,066 (The '066 patent) is invalid.  We respectfully disagree with your preliminary assessment.

The 11/10/23 letter and claim chart alleges that the '066 patent is invalid as a result of
1) The online offer of sale of the TRIMPRO Bucker on August 2, 2016 and/or the display on July 23, 2016, or
2) the lack of disclosure of the sale of the TRIMPRO Bucker prior to the issuance of the '066 patent.

The offer of sale of the TRIMPRO Bucker on www.trimpro.com occurred on August 2, 2016, and the display of the TRIMPRO Bucker at the Grow Pro Maximum Yield Indoor Gardening Expo occurred on July 23-24, 2016.  The priority date of the '066 patent is January 13, 2009.  The TRIMPRO Bucker falls under the original disclosure of the '066 patent; therefore, neither event is valid prior art.

In addition, the TRIMPRO Bucker did not publicly disclose the technology of the '066 patent on either July 23, 2016 or August 2, 2016.  The technology of the TRIMPRO Bucker was concealed with a cover on both www.trimpro.com and at the Grow Pro Maximum Yield Indoor Gardening Expo on July 23-24, 2016.  The sale of a product with concealed technology is not a public disclosure. There is insufficient evidence that the

**BAKER IP PLLC** patent • trademark • conflict • international

921 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359 • www.bakerip.com • admin@bakerip.com



TRIMPRO Bucker offered on www.trimpro.com on August 2, 2016 or displayed at the Grow Pro Maximum Yield Indoor Gardening Expo on July 23-24, 2016 was the same device as that contained in the unpublished US provisional patent application 62/365,438. The claim chart includes images from the unpublished provisional but fails to prove that the device shown in the images is the same as the device offered for sale on the website. Finally, the provided claim chart clearly fails to indicate how the TRIMPRO Bucker teaches the novel pinch point distance. The claim chart includes the two external images below without any explanation or illustration of the distance between the orifices and the roller pinch point.



If Eteros refuses to either enter into licensing negotiations or cease all sales of the BUCKMASTER product, MUNCH will be forced to initiate legal action in the United States.

MUNCH hopes to resolve this matter efficiently and amicably, and therefore invites a representative of Eteros to address its intent regarding this matter within ten days by replying to this email and/or contacting the undersigned at the phone number below.

Sincerely,

Trent H. Baker
Registered Patent Attorney Since 2000
BAKER IP PLLC
921 South Main Street #3147
Cedar City, UT 84720 USA
Phone 801-618-3359
trent@bakerip.com

**BAKER IP PLLC** patent • trademark • conflict • international
921 South Main Street #3147 Cedar City, UT 84720
phone 801-618-3359 • www.bakerip.com • admin@bakerip.com